**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALVARO JAFFET GARCIA RUIZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2030-D |
| | ) | |
| FRED FIGUEROA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Walter Sanchez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on behalf of Petitioner Alvaro Jaffet Garcia Ruiz, a non-citizen proceeding *pro se*, challenging his detention by the U.S. Immigration and Customs Enforcement. [Doc. No. 1].

The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 5]. Judge Maxfield ordered that either Petitioner file a signed and verified Petition or that Mr. Sanchez provide additional support to meet the requirements of next-friend status on or before September 1, 2026. [Doc. No. 7]. Judge Maxfield informed Petitioner and Mr. Sanchez that "[f]ailure to comply with this Order may result in the dismissal of this action." *Id.* As of September 9, 2026, neither Petitioner nor Mr. Sanchez had complied with Judge Maxfield's order.

On September 9, 2026, Judge Maxfield issued a Report and Recommendation ("Report"), recommending that the Court dismiss the action without prejudice to re-filing.

[Doc. No. 9]. Judge Maxfield advised Petitioner and Mr. Sanchez of their right to file an objection to the Report on or before September 30, 2026, and that "failure to make a timely objection" to the Report would "waive the right to appellate review of both factual and legal questions contained" in the Report. *Id.*

Petitioner filed a Response to the Report requesting the Court dismiss his petition without prejudice because he had been transferred from the Diamondback Correctional Facility in Oklahoma to the Port Isabel Service Processing Center in Texas, and wished to pursue his habeas petition *pro se* in the state where he was confined. [Doc. No. 10].

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 9] is **ADOPTED in part**, and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 15th day of October, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE